1080

[No. 16466–0–I. Division One. May 28, 1987.]

THE STATE OF WASHINGTON, *Appellant*, v.
ERNEST GUY RHOADS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 84–1–02535–9, Faith Enyeart, J., entered May 6, 1985. *Reversed* by unpublished opinion per Coleman, J., concurred in by Grosse and Webster, JJ.

[No. 16421–0–I. Division One. May 28, 1987.]

*In the Matter of the Marriage of* JANICE M. ORMSBY, *Respondent, and* JOHN M. ORMSBY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–3–01755–6, John E. Rutter, Jr., J., entered April 11, 1985. *Affirmed* by unpublished opinion per Ennis, J. Pro Tem., concurred in by Aitken and Durham, JJ. Pro Tem.

[No. 17262–0–I. Division One. May 28, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
WAYNE D. DAILY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84–1–02173–6, Rosselle Pekelis, J., entered September 13, 1985. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Williams, J.

[No. 17141–1–I. Division One. May 28, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
WALLACE R. TEMPLE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–1–00302–5, Daniel T. Kershner, J., entered September 12, 1985. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Ringold, J.